# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| HERMAN SMOOT,<br><br>    Plaintiff,<br><br>vs.<br><br>WARNER HEINRICHS, AND BWG TRANSPORT LTD. d/b/a NIGHT TRAIN EXPRESS<br><br>    Defendants. | Civil Action File No.<br>1:20-CV-04899-JPB |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Warner Heinrichs and BWG Transport LTD. d/b/a Night Train Express, ("Defendants"), and move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on the grounds that there is no genuine issue of material fact and that Defendants are entitled to judgment as a matter of law. In support of their motion, Defendants rely upon the following:

1. All of the pleadings and discovery on file with the Court;

2. Defendants' Brief in Support of their Motion for Summary Judgment;

3. The January 26, 2021 deposition of Plaintiff Herman Smoot, the relevant portions of which are attached hereto as Exhibit "A;"

4. The April 6, 2021 deposition of Herman Smoot, the relevant portions of which are attached hereto as Exhibit "B;"

5. The October 5, 2021 deposition of Marie Dial, the relevant portions of which are attached hereto as Exhibit "C;" and

6. Such other discovery, pleadings, or affidavits as may hereafter be filed in accordance with the law.

This 12th day of November, 2021.

          Respectfully submitted,

         **COPELAND, STAIR,**
          **KINGMA & LOVELL, LLP**

        By: /s/ Alisha A. Dickie
         JAY M. O'BRIEN
         State Bar No.:  234606
         ALISHA A. DICKIE
         State Bar No.:  641474
         ***Counsel for Defendants***

191 Peachtree Tower, Suite 3600
191 Peachtree Street NE
P.O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
jobrien@cskl.law
adickie@cskl.law

## CERTIFICATE OF FONT AND CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1C, and that I have served a copy of the **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** via electronic filing and service to all counsel of record as follows:

Jon R. Hawk, Esq.
MORGAN & MORGAN, ATLANTA PLLC
230 Northside Crossing
Macon, GA 31201
jhawk@forthepeople.com
***Counsel for Plaintiff***

This 12th day of November, 2021.

Respectfully submitted,

**COPELAND, STAIR,
KINGMA & LOVELL, LLP**

By: /s/ Alisha A. Dickie
ALISHA A. DICKIE
State Bar No.: 641474
***Counsel for Defendants***

191 Peachtree Tower, Suite 3600
191 Peachtree Street NE
P.O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
adickie@cskl.law