Page 9

```
 1   today.  Before our accident, were you involved in any
 2   other motor vehicle accidents?
 3        A.   No, sir.
 4        Q.   Did you have any like on-the-job injuries
 5   where you, you know, as a painter maybe fell off a
 6   ladder or slipped and tripped and fell?
 7        A.   No, sir.  No, sir.
 8        Q.   Other than your eye surgery, did you ever
 9   have any surgery before our accident?
10        A.   Well, I had kidney problems years ago.
11        Q.   Okay.  Anything else?
12        A.   Sir?
13        Q.   Anything else other than kidney issues?
14        A.   No, sir.
15        Q.   Okay.  And other than COPD, have you been
16   diagnosed with any diseases or medical conditions?
17        A.   No, sir.
18        Q.   Okay.  When were you diagnosed with COPD?
19        A.   About three months ago, basically.
20        Q.   Okay.  Now, in our accident, I understand
21   that you injured your lower back; is that right?
22        A.   Yes, sir, in the accident, I did.
23        Q.   Okay.  Your lower back.  Was there any
24   other part of your body other than your lower back
25   that was injured as a result of our accident, like
```

Page 10

```
 1    your neck or your arm or your legs, anything other
 2    than your lower back?
 3         A.    No, sir.
 4         Q.    Okay.  Now, before our accident, had you
 5    been seeing any doctors for treatment on your lower
 6    back?  Were you having low back problems before our
 7    accident?
 8         A.    No, sir.
 9         Q.    You had never been to see any doctor for
10    any low back problems before our accident?
11         A.    No, sir.
12         Q.    Are you on any medications right now?
13         A.    No, sir.
14         Q.    You haven't taken any this morning?
15         A.    I take medication, but I haven't took
16    anything this morning because I knew you was coming,
17    so I put off on it.  My schedule is 11:00 o'clock
18    anyway.
19         Q.    Okay.  We will try and get you done.
20         A.    Yes, sir.
21         Q.    Who is your primary care doctor?
22         A.    Dr. Kurl, Eagles Landing.
23         Q.    Say that again.
24         A.    He is at Eagles Landing Parkway.  Piedmont
25    Henry.  He's located at Piedmont Henry Hospital.
```

Page 11

```
 1        Q.    Piedmont Henry Hospital, okay.
 2        A.    Yes, sir.
 3        Q.    Okay.  Now, this accident that we are here
 4   about, was anyone in the car with you?
 5        A.    No, sir.
 6        Q.    And this happened in the afternoon while
 7   it was still light outside?
 8        A.    Yes, sir.
 9        Q.    Okay.  What was the weather like that day?
10   Was it clear?  Was it raining?
11        A.    It was clear.
12        Q.    Okay.  And where were you coming from and
13   where were you going?
14        A.    I was coming from McDonough.
15        Q.    What were you doing in McDonough?
16        A.    I just left the doctor's office.
17        Q.    What doctor's office did you leave?
18        A.    My medical doctor, Dr. Kurl.
19        Q.    Okay.  What were you seeing him for?
20        A.    Sir?
21        Q.    What were you seeing him for?
22        A.    Dr. Kurl sent me to that other doctor.  He
23   thought I was having vein problems in my legs.  I
24   hadn't been there but twice.  The day I left was the
25   second time -- second time I had been there, and I
```

Page 12

1  had a wreck on the way home from there.
2       Q.    Okay.  What was -- what was going on with
3  your legs that caused you to go to the doctor about
4  that?  What was happening?
5             Hold the phone a little further away from
6  your face.  We can hear you.  Hold the phone when you
7  talk a little further from your face.
8       A.    Well, they never did tell me.  They didn't
9  get into it far enough to tell me anything about it.
10      Q.    How were you feeling?  Were you having any
11 pain in your legs or any tingling or numbness?  What
12 were you feeling that caused you to go to the doctor?
13      A.    I was having a little tingling feeling.
14      Q.    Okay.  Anything else other than tingling
15 in your legs?
16      A.    No, sir.
17      Q.    Okay.  And was it both legs or just one
18 leg that was tingling?
19      A.    At the time, it was both of them that did
20 it a little bit.
21      Q.    Okay.  So you were coming from the
22 doctor's office.  Were you headed home?
23      A.    Yes, sir.
24      Q.    Okay.  And this accident happened on Kings
25 Mill Road with the intersection of Highway 42?

Page 13

1        A.      Do what?
2        Q.      The accident, the location where it
3    happened was Kings Mill Road with its intersection of
4    Highway 42?
5        A.      Yes, sir.
6        Q.      Okay.  And you were on Kings Mill Road,
7    right?
8        A.      I was on 42, coming down 42, crossing
9    Kings Mill Road.
10       Q.      Okay.  If I -- I don't know if you will be
11   able to see my screen on the cellphone.  I'm going to
12   share my screen.  Tell me if you can see this
13   photograph.  It probably will be too small to see,
14   but I'll try anyway.
15              (Exhibit 1 was marked for identification.)
16       Q.      (By Mr. O'Brien)  Mr. Smoot, I don't know
17   if you can see that.  Can you see that?
18       A.      Is that the intersection?
19       Q.      Yes, sir.
20       A.      I can make out some of it.
21       Q.      Okay.  So do you see this red arrow to the
22   right and then there's a blue arrow on the left side?
23   Can you see those?
24       A.      I barely can.
25       Q.      Okay.  Well, that's okay.

Herman Smoot                                                    January 26, 2021
Smoot, Herman Vs. Heinrichs, Warner

Page 14

1       (Exhibit 2 was marked for identification.)
2       Q.   (By Mr. O'Brien)  So I'm going to -- let
3    me do this.  Can you see that one a little better
4    (indicating)?  It's just a zoomed in of the same
5    intersection.
6       A.   Well, I was coming from McDonough.
7       Q.   Okay.  So do you see Kings Mill Road, and
8    then you see 42?  42 is going from the top to the
9    bottom of the exhibit and then Kings Mill is going
10   from the right to -- from the sides of the exhibit.
11           So do you know which road you were on
12   before the accident?
13      A.   I was on Highway 42.
14      Q.   Okay.  So you were going from --
15      A.   I was going from McDonough to Locust
16   Grove.
17      Q.   Okay.  Okay.  One second.
18           (Exhibit 3 was marked for identification.)
19      Q.   (By Mr. O'Brien)  Okay.  Do you see my
20   screen again?  It's a photograph from the road.  Can
21   you see that?
22      A.   That's going toward McDonough, ain't it?
23      Q.   I'm not sure.  So this is taken at an
24   angle that it's on Kings Mill Road, and State Route
25   Highway 42 is at the intersection, but you were on

Page 15

1    Highway 42?
2         A.    Yes, sir.
3         Q.    Okay.  And were you going to be turning on
4    to Kings Mill or were you going to be crossing Kings
5    Mill?
6         A.    I was crossing Kings Mill Road.  That
7    truck driver, he turned in front of me on 42 right
8    there.  I didn't have but a split second.  I didn't
9    have time to do nothing.
10        Q.    Okay.  So he was also on State Route 42,
11   but coming in the opposite direction?
12        A.    Yes, sir.
13        Q.    Okay.  And he was going to be making a
14   left-hand turn and he turned -- and that's when the
15   accident happened when he was going left?
16        A.    Yes, sir.  Come out in front of me.
17        Q.    What color light did you have?
18        A.    Green.
19        Q.    Okay.  Now, the direction in which you
20   were going, was it one lane or two lanes?  How many
21   lanes in your direction of travel were there?
22        A.    Two.
23        Q.    Okay.  Is one of those a turn lane or are
24   they both going straight?
25        A.    Both going straight.

Herman Smoot                                                      January 26, 2021
Smoot, Herman Vs. Heinrichs, Warner

Page 16

```
1        Q.    Okay.  Were there any cars -- which lane
2   were you in?  Were you in the right or the left lane?
3        A.    Right lane.
4        Q.    Okay.
5        A.    Coming from McDonough in the right lane.
6        Q.    Okay.  Were there cars to your left in the
7   left lane?
8        A.    I don't remember.  It happened so quick, I
9   didn't have time to look around.
10       Q.    Okay.  But -- and kind of what I'm asking
11  is:  Do you remember if the lane in the left -- the
12  left lane had cars in it that were stopped at the
13  light?
14       A.    No, sir, didn't have -- wasn't nobody in
15  front of me.
16       Q.    Okay.  What about in the lane to your
17  left, was there anyone stopped in the left lane?
18       A.    No.
19       Q.    No?
20       A.    No, sir.  There wasn't anybody there
21  either.
22       Q.    When did you first see the tractor-trailer
23  that you were involved in the accident with?  Was it
24  as it was turning or did you see it coming down 42?
25       A.    No.  It was already stopped and he just
```

Page 17

1   turned out in front of me right quick.  I didn't have
2   time to do nothing.
3        Q.   Okay.  So he was -- let me make sure I
4   understand.  So he was stopped at 42 waiting to turn,
5   but then all of a sudden started to turn in front of
6   you?
7        A.   Yes, sir.
8        Q.   Okay.  Did you know if he had his blinker
9   on?
10       A.   I didn't -- I didn't have time to notice
11  nothing.
12       Q.   Okay.  Did you see any other vehicles turn
13  in front of his tractor-trailer, like before him?
14       A.   No, sir.
15       Q.   So as you are approaching the
16  intersection, you see him waiting to turn.  And as
17  you get to the intersection, is that when he started
18  to turn?
19       A.   Yes, right in front of me.
20       Q.   And tell me what the impact was like.
21  Tell me what happened as he started to turn and you
22  -- your vehicles collide.
23       A.   Yeah.  It's like hitting a brick wall.
24            THE REPORTER:  Can you repeat that,
25       Mr. Smoot, please?

Page 27

```
1        Q.    Okay.  And during that time before you had
2   the MRI, were you able to walk around on your own
3   without the assistance of a cane or a walker?
4        A.    Yes, sir.
5        Q.    What sort of pain were you having?  Were
6   you having numbness and tingling and things like that
7   going on?
8        A.    It was just like just a real sharp pain,
9   like somebody sticking an ice pick in my back.
10       Q.    Okay.  And the MRI showed the fracture,
11  and you ended up having surgery, correct, on your
12  lower back?
13       A.    Yes, sir.
14       Q.    Okay.
15       A.    They went in and they found a fractured
16  vertebra and they went in and cemented it back
17  together.
18       Q.    Okay.  Did that surgery help?
19       A.    It hadn't paralyzed me.
20       Q.    I'm sorry?
21       A.    Did it help?
22       Q.    Yes, sir.  Did it help?
23       A.    It did a little bit, but it ain't got no
24  better.  My back hurts me worse than -- worse than --
25  I don't know.  My back hurts.  My legs -- my legs
```

```
 1    hurt from my knees down.  And my back feels like
 2    somebody stuck an ice pick in my back now.
 3         Q.   That's how it feels now?
 4         A.   I can't stand on my feet but maybe 10 or
 5    15 minutes at a time and then I have to sit down.
 6    And I've got a walker in here now.  I have to walk to
 7    the bathroom and into the kitchen with my walker.
 8         Q.   Okay.  So the surgery helped just for a
 9    short period of time?  Were you feeling improvement
10    initially?
11         A.   I think it did give me some relief for a
12    while.  It's been so long ago, I can't remember.
13    It's been over a year.  This has been going on for
14    over a year.
15         Q.   I understand.  And I don't want to put
16    words in your mouth, but it sounds like you may have
17    had some relief initially, but then it just went back
18    to being very painful again?
19         A.   Yes, sir.  Bad pain.
20         Q.   I'm sorry?
21         A.   I've got bad pain.
22         Q.   Okay.  And I know you went for a few
23    appointments after the surgery, a couple of times.
24    Did you continue -- have you continued treating for
25    your lower back pain?
```